## IN RE PHILLIPS.

(No. 5,127.)

(Submitted October 16, 1922.   Decided October 20, 1922.)

[210 Pac. 89.]

*Attorneys—Practicing Without License—Contempt.*

1. One who, though not admitted by the supreme court to practice in the courts · of the state, holds himself out as an attorney at law by conducting legal correspondence on letter-heads on which was printed his name followed by "Attorney at Law," by signing himself as such, by advertising himself by the use of a professional card in newspapers and telephone directory, and by a sign on his office building as an attorney, by taking and perfecting appeals from the justice court to the district court and appearing in the appellate court in connection with such appeals, is practicing without a license and guilty of contempt of court, under section 8943, Revised Codes of 1921.

Original proceeding wherein J. A. Phillips was accused of practicing as an attorney and counselor at law without having been admitted to do so by the Supreme Court. Upon citation issued, he was adjudged guilty of contempt, accused not appearing.

*Mr. Wellington D. Rankin,* Attorney General, and *Mr. L. A. Foot,* for the State.

## Opinion PER CURIAM.

On May 15, 1922, Honorable Wellington D. Rankin, Attorney General of Montana, filed in this court an accusation under oath, reciting that one J. A. Phillips, a resident of the town of Valier, Pondera county, Montana, is holding himself out as an attorney at law, by advertisement and otherwise, and practicing the profession of an attorney and counselor at law in said town of Valier, without first having been admitted to do so by this court, and that the practice and representations of the said J. A. Phillips are unlawful and in contempt of the authority, jurisdiction and dignity of this court.  A citation was thereupon issued by the court directed

[64 Mont. 492.]

to the said J. A. Phillips, requiring him to appear and show cause why he should not be punished as for a contempt, and service thereof was personally made on the defendant. Later counsel appeared in this court in his behalf, and at their request, hearing was twice postponed. Later, these counsel withdrew their appearance. The matter was then again set for hearing on two different occasions, and Phillips duly notified by registered mail of each hearing, but he has not at any time made any appearance in this court, other than the appearance made by counsel.

On October 16, 1922, the last day set for hearing, evi-[1] dence and proof was submitted by the Attorney General in support of the allegations of the petition, from which it conclusively appears: That the said J. A. Phillips has for many years held himself out and conducted himself as an attorney and counselor at law, by acting for and by the warrant of others in legal formalities, negotiations, and proceedings, by appearing in justice courts for litigants, by taking and perfecting appeals from justice courts to the district court, and by at least on one occasion appearing in the district court in connection with one appeal so taken; by letters written to persons relating to legal matters, using a letter-head with the name of "J. A. Phillips, Attorney at Law," and signing himself thereto, "J. A. Phillips, Attorney at Law, Valier, Montana"; by using a professional card advertising himself as an attorney in the newspapers, by signs on his office building, and by the designation after his name in the telephone directory as "attorney." This evidence is convincing —in fact, discloses a most aggravated violation of section 8943 of the Revised Codes of 1921, continuing over a period of years. His attitude as to this proceeding since being served with process has not been such as to commend itself to the court, but, on the other hand, serves to prove that his conduct was deliberate and premeditated.

The court therefore finds that the said J. A. Phillips is guilty of contempt as charged in the accusation of the Attorney General, and it is ordered and adjudged that he pay a fine of $500, or stand committed to the custody of the sheriff of Pondera county, Montana, until the same is paid.